UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

DERRICK HAMILTON,

                    Plaintiff,                  NOTICE OF APPEARANCE

      - v. -

                                              15 CV 4574 (CBA) (VMS)

CITY OF NEW YORK, et al.,

                    Defendants.

---------------------------------------------------------------x

        PLEASE TAKE NOTICE, that Richard E. Signorelli and Bryan Ha of the Law Office of Richard E. Signorelli, hereby appear as counsel of record for Det. Louis Scarcella, a defendant in the above-captioned case.

Dated:  November 10, 2015
         New York, New York

                                                  LAW OFFICE OF
                                                  RICHARD E. SIGNORELLI

                                                  /s/ Richard E. Signorelli

                     By:     _____
                                                  Richard E. Signorelli
                                                  Bryan Ha
                                                  799 Broadway, Suite 539
                                                  New York, NY 10003
                                                  Telephone:    212 254 4218
                                                  Facsimile:     212 254 1396
                                                  rsignorelli@nycLITIGATOR.com℠
                                                  www.nycLITIGATOR.com℠