

**T**HE **C**ITY OF **N**EW **Y**ORK

**L**AW **D**EPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

JEFFREY LOPERFIDO
*Senior Counsel*
*Phone: (212) 356-2384*
*Fax: (212) 356-3509*
*jloperfido@law.nyc.gov*

August 29, 2017

**BY ECF**
Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Derrick Hamilton v. City of New York, et al., 15-cv-04574 (CBA) (VMS)

Your Honor:

I am Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and I am among counsel for the City of New York, Frank DeLouisa, and Joseph Ponzi (hereinafter, the "City Defendants") in the above-referenced matter.  I write to respectfully request leave, pursuant to Local Civil Rule 1.4 and in accordance with the Clerk's instruction on how to "substitute an attorney from the same law firm,"[1] to withdraw as counsel of record for the City Defendants.

This motion is necessary because I am leaving the New York City Law Department at the end of the month after which time I will have no involvement in this matter.  The representation of the City Defendants will continue with Arthur Larkin, Esq. and Angharad Wilson, Esq. as attorneys of record.  Both have been engaged on this matter since its filing.  I expect that my anticipated withdrawal will have no substantive impact on the defense of the case or on any scheduled proceedings.

For those reasons, I respectfully request that the Court grant leave for me to withdraw as counsel.  I thank the Court for its time and attention to this matter.

---

[1] *See* United States District Court, Eastern District of New York, CMECF FAQ, https://www.nyed.uscourts.gov/content/how-do-i-substitute-attorney-same-law-firm-case

                                              Respectfully submitted,

                                                           /s/
                                              Jeffrey Loperfido
                                              *Senior Counsel*

cc:    All Counsel (by ECF)