

**GABRIEL P. HARVIS**

**BAREE N. FETT**

December 22, 2017

<u>BY ECF</u>
Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Hamilton v. City of New York, et al.*, 15 CV 4574 (CBA) (SJB)

Your Honor:

        I write to respectfully notify the Court that this firm has been retained by plaintiff Derrick Hamilton to serve as lead counsel in the above-referenced action. If it should please the Court, Mr. Hamilton has discharged the Edelstein & Grossman and Novo law firms.[1] Mr. Brettschneider will continue his representation of Mr. Hamilton.

        We respectfully enclose for the Court's review and endorsement Consent Orders Granting Substitution executed by Jonathan Edelstein and Robert Grossman. We await the executed Consent Order from Ms. Silverman, and will file it with the Court upon receipt.

        Accordingly, plaintiff respectfully requests that the Court review and endorse the enclosed proposed Consent Orders Granting Substitution. Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis

Encl.
cc: All Counsel (by ECF)

---

[1] Irving Cohen, Esq., who according to the public docket has not appeared herein, was also discharged.