# KARSTEN & TALLBERG, LLC
### ATTORNEYS AT LAW
#### WWW.KT-LAWFIRM.COM

SCOTT M. KARSTEN*  
JAMES N. TALLBERG  
PATRICK D. ALLEN  
DENNIS M. DURAO  
ANDREW J. GLASS  

500 ENTERPRISE DRIVE, SUITE 4B  
ROCKY HILL, CT 06067  
T: 860-233-5600  
F: 860-233-5800  

* OF COUNSEL

January 26, 2018

**BY ECF ONLY**

The Honorable Carol B. Amon  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East, 505 North  
Brooklyn, NY 11201

Re:   **Derrick Hamilton v. City of New York, et al.**  
      **1:15 CV 04574 (CBA)(SJB)**

Dear Judge Amon:

    As Your Honor may recall, I represent the City of New Haven and certain individual defendants in the captioned litigation.  There is a Pre-Motion Conference scheduled for January 31, 2018 at 4:00 p.m.  In the interest of sparing my clients the expense of my traveling from central Connecticut to Brooklyn, I respectfully request that I be permitted to participate in the Pre-Motion Conference by telephone.  Counsel of record have no objection to this request.

    Your Honor's consideration of this request is greatly appreciated.

                            Respectfully submitted,

                            /SS/Dennis M. Durao

                            Dennis M. Durao

DMD.0/amf

cc:   All counsel of record VIA ECF