LAW OFFICE OF
# RICHARD E. SIGNORELLI
ATTORNEY AT LAW

799 Broadway, Suite 539, New York, New York 10003 (through March 31, 2018)
52 Duane Street, 7th Floor, New York, New York  10007 (starting April 1, 2018)
Telephone:  (212) 254-4218   Cellular: (917) 750-8842   Facsimile: (212) 254-1396
rsignorelli@nycLITIGATOR.com℠
www.nycLITIGATOR.com℠
richardsignorelli@gmail.com

March 16, 2018

**NOTICE OF OFFICE ADDRESS CHANGE**

      Please take notice of the following change of address for the Law Office of Richard E. Signorelli effective April 1, 2018:

Law Office of
Richard E. Signorelli
52 Duane Street, 7th Floor
New York, NY 10007

      Please be further advised that the telephone, cellular, and facsimile numbers, as well as website and email addresses, remain unchanged. Thank you.

                                                     Very truly yours,

                                                     /s/ Richard E. Signorelli

                                                   Richard E. Signorelli