1

2     UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
3     ----------------------------------------X
      DERRICK HAMILTON,
4
                              PLAINTIFF,
5

6         -against-        Case No.:
                           15-CV-04574
7

8     THE CITY OF NEW YORK, THE NEW YORK CITY
      POLICE DEPARTMENT, DET. LOUIS SCARCELLA,
9     individually And in his capacity as a New
      York City police officer, DET. FRANK
10    DELOUISA, individually and in his capacity
      as a New York City police officer, INV.
11    JOSEPH PONZI, individually and in his
      capacity as an Investigator for the Kings
12    County District Attorney's office,
      JOHN/JANE DOE, NOS 1 through 10, being
13    unknown employees of the City of New York,
      THE CITY OF NEW HAVEN, POLICE OFFICER BILLY
14    WHITE, individually and in his capacity as
      a New Haven police officer, and JOHN/JANE
15    DOE NOS. 11 through 20, being unknown
      employees of the City of New Haven,
16
                              DEFENDANTS.
17    ----------------------------------------X

18

19                    DATE:  March 17, 2017

20                    TIME:  10:32 A.M.

21

22         (CONFIDENTIAL DEPOSITION OF

23         DETECTIVE LOUIS SCARCELLA)

24

25

```
 1          DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2             efficient in questioning Detective
 3             Scarcella.  However, this is a proper
 4             and appropriate subject of inquiry
 5             and we will continue with it.
 6        Q.    What else did you tell John
 7   O'Mara?
 8        A.    I asked him for the confession.
 9   Taylor Koss said they lost the confession.
10        Q.    When you say the confession,
11   are you talking about the statement that
12   you took from Mr. Ranta at Central Booking?
13        A.    And made ten copies of, yes.
14        Q.    Did they indicate how they lost
15   it?
16        A.    No.
17        Q.    What other questions did they
18   ask you?
19             MR. SIGNORELLI:  If you
20             remember.  Objection to form.
21        A.    I don't remember.
22        Q.    You conducted the lineups, am I
23   correct, in the Ranta case?
24        A.    I don't remember.
25             MR. SIGNORELLI:  Wait for the
```

1          DETECTIVE L. SCARCELLA - CONFIDENTIAL

2             next question then.

3          Q.    Let me first ask you:  Do you

4     remember being at the lineups?

5          A.    Yes.

6          Q.    Do you remember an individual

7     by the name of Rabbi Glanz?

8          A.    Yes.

9          Q.    Rabbi Glanz was the individual

10    who brought in the witnesses who were going

11    to witness the lineup; am I correct?

12         A.    He did help us in the

13    investigation.  I don't remember if he did

14    that, but it's quite possible.

15             MR. SIGNORELLI:  Don't guess or

16             speculate.

17         Q.    These lineups at the time were

18    audiotaped; am I correct?

19         A.    Yes.

20         Q.    When you spoke with assistant

21    district attorney O'Mara, did he indicate

22    to you that one of the witnesses had said

23    that one of the detectives had told him

24    prior to the lineup to pick out the guy

25    with the big nose?

```
 1          DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2                    MR. SIGNORELLI:  Objection to
 3            the form.
 4                    MS. WILSON:  Objection.
 5          A.    Yes.
 6          Q.    Was there an issue with this
 7     back when this case actually occurred, were
 8     you questioned either by Mr. Schreiber or
 9     Ms. Mondo, who is now a judge, that there
10     was an audiotape and that there was talking
11     on the audiotape, do you recall that?
12          A.    No.
13          Q.    Do you remember ever being told
14     that the judge in this case, Judge Egitto,
15     indicated that he was disillusioned with
16     the work of the detectives and he said that
17     a young man of 14 or 15 years of age -- I
18     think it's specifically I think it is
19     number three -- the cop probably Scarcella
20     or Chmil says okay number three from there
21     on this kid goes along with number three.
22          A.    I have no idea what you are
23     talking about.  No idea.
24                    MR. BRETTSCHNEIDER:  For the
25            record, I am reading from the trial
```

1        DETECTIVE L. SCARCELLA - CONFIDENTIAL

2            transcript of People versus David

3            Ranta, page 2317, lines 19 through

4            24.

5                MR. SIGNORELLI:  I would note

6            for the record that transcript is not

7            before the witness as he's

8            testifying.

9        Q.    You never heard about this

10   though?

11       A.    No, sir.

12       Q.    I can give it to you to refresh

13   your memory.  I don't know if it will.  Do

14   you want to take a look at or this is this

15   the first time you are hearing it?

16       A.    There is nothing to refresh.  I

17   have no idea what you are talking about.

18       Q.    Is it your testimony that

19   neither ADA Mondo or ADA Schreiber came to

20   you and said that the judge is concerned

21   that somebody told one of the witnesses

22   that it was number three?

23                MR. SIGNORELLI:  Objection.

24                MS. WILSON:  Objection.

25       A.    No.

```
 1        DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2                MR. SIGNORELLI:  That might be
 3            an imprecise -- I am not sure if the
 4            question and answer are precise
 5            enough.  I am going to object.  You
 6            can leave it alone or follow up with
 7            whatever you think is appropriate.
 8                MR. EDELSTEIN:  Detective
 9            Scarcella says he doesn't recall
10            anything like this.
11            Q.    Did you ever have a
12       conversation with ADA Schreiber or ADA
13       Mondo in which they indicated that the
14       judge said this to them, page 2320 of the
15       trial transcript starting at line eight,
16       "At this stage I am not going to do
17       anything but I tell you this Detective
18       Chmil when he asked me if I was going after
19       his job and I want those two gentlemen
20       should be spoken to you by your office.  I
21       think what they have done in this case in
22       my opinion is decide that Mr. Ranta was the
23       person, the guilty party, and then they
24       went out of their way to make sure it tied
25       up neatly in a package."
```

```
 1        DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2                  MR. SIGNORELLI:  Objection to
 3            the extent it's a question.  I am not
 4            sure it is.
 5                  MS. WILSON:  Objection.
 6        Q.    The question is this:  Did
 7    either ADA Schreiber or ADA Mondo tell you
 8    that the judge was unhappy with the work
 9    you and Detective Chmil had done in the
10    Ranta case?
11                  MS. WILSON:  Objection to form.
12                  MR. SIGNORELLI:  Same.
13        A.    No.
14        Q.    Do you recall whether Detective
15    Chmil told you that the judge said
16    something to him about going after his job?
17                  MR. SIGNORELLI:  Objection.
18            The answer is do you recall.
19        A.    Can you repeat that.
20        Q.    Do you recall ever having a
21    conversation with Detective Chmil in which
22    he told you that Judge Egitto was trying to
23    go after his job?
24        A.    Yes.
25        Q.    What did he tell you?
```

```
 1        DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2           A.    That he got a little nervous
 3    and asked the judge that and the judge said
 4    no.
 5           Q.    Did you ask him what
 6    precipitated that?
 7           A.    I don't remember.  I don't
 8    remember.
 9           Q.    You indicated that you did take
10    a statement from Mr. Ranta at Central
11    Booking; am I correct?
12           A.    Yes.
13           Q.    This statement was taken from
14    Mr. Ranta after you had not questioned him
15    at the precinct; am I correct?
16           A.    Yes.
17           Q.    The precinct that we are
18    talking about is the 90 precinct; am I
19    correct?
20           A.    Yes.
21           Q.    That is where the lineups
22    occurred?
23           A.    Yes, sir.
24           Q.    Did any of the district
25    attorneys in this case ever bring you in
```

```
 1          DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2     and have you listen to the audiotape of the
 3     lineup?
 4          A.    John O'Mara played a small part
 5     of a lineup recorded that I was present at
 6     but I heard it but I didn't remember it.
 7          Q.    Did you hear your voice?
 8          A.    Yes.
 9          Q.    Did you hear what you said?
10          A.    I don't remember.
11          Q.    Do you remember there were a
12     lot of lineups in this case; am I right?
13          A.    There were.
14          Q.    In fact, there were essentially
15     two days of lineups, one that started very
16     late about midnight and then another one
17     about 10:30 in the morning?
18          A.    I don't remember that.
19          Q.    By the way, during the
20     beginning of these lineups, do you remember
21     that the witnesses who came in could not
22     make identifications?
23          A.    No.
24          Q.    Do you recall --
25                MR. SIGNORELLI:  The problem
```

```
 1        DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2   steno pads, recordings.
 3        Q.    Did that refresh your memory?
 4        A.    To a certain degree.
 5        Q.    When you say to a certain
 6   degree, what degree?
 7              MR. SIGNORELLI:  Objection.
 8        Q.    What is clear in your head
 9   about the case?
10              MR. SIGNORELLI:  Objection.
11        A.    That on that date I responded
12   to 215 Monroe Street as a member of the
13   Brooklyn North homicide squad.  I spoke to
14   Jewel Smith in her apartment.  She told me
15   that Derrick Bush Hamilton killed
16   Nathaniel.  We went to the precinct.  She
17   viewed a rip book picking out his picture
18   and stating again that he shot him several
19   times.  I remember going to Connecticut to
20   where Mr. Hamilton was arrested, bringing
21   him back, going back to Connecticut to
22   attempt to interview someone else and I
23   remember going to Sally's and Joe Pepe's
24   pizza place on Wooster Street in New Haven,
25   Connecticut.
```

```
 1        DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2    bad.  I don't know.  I am not even going to
 3    -- I don't know what this is.  I am sorry.
 4          Q.    Do you see the body?
 5              MR. SIGNORELLI:  Pointing to
 6          1A.
 7          A.    I do see that, yes.  I do.  If
 8    you tell me that is the body I believe you.
 9              MR. SIGNORELLI:  That is not
10          the way it works.
11          Q.    Does that refresh your memory
12    as to where the body was when you got
13    there?
14          A.    No, sir.
15          Q.    Where did you go after you got
16    there?
17          A.    As I said, I went to Jewel
18    Smith's apartment.  What I believe to be
19    her apartment.
20          Q.    Who was there?
21          A.    Her.
22          Q.    Just her?
23          A.    Yes.
24          Q.    What happened?
25          A.    She told me who killed Nate.
```

```
 1        DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2   She said that Derrick Hamilton killed him.
 3        Q.    She used the name Derrick
 4   Hamilton?
 5        A.    Yes.  And Bush also.  We left
 6   -- my partner and I took her to the 71
 7   precinct and sat her down in the squad
 8   office and she viewed a rip book, which was
 9   the robbery identification program book
10   from the robbery squad at the 79 precinct
11   and it was a big book and she went through
12   it and she positively identified him and
13   said he shot him numerous times.
14        Q.    Let me take you back to this
15   conversation that you had with Jewel Smith.
16   You said you walked into an apartment.  Do
17   you recall what floor the apartment was on?
18        A.    No.
19        Q.    You said she was by herself.
20   Do you remember prior to seeing Jewel Smith
21   if you saw Detective DeLouisa?
22        A.    I don't believe I did.
23        Q.    Do you remember speaking to any
24   police officers before?
25        A.    I don't.
```

```
 1            DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2            Q.    Do you remember --
 3                  MR. SIGNORELLI:  It's not clear
 4            whether he doesn't remember or he
 5            didn't.
 6                   Make sure your answer is
 7            specific as to the question so it's
 8            clear.
 9            Q.    Do you remember if you spoke to
10       a police officer?
11            A.    No.
12            Q.    Meaning you don't remember?
13            A.    I don't remember.
14            Q.    Somehow you found her?
15            A.    Yes.
16            Q.    What was her emotional state
17       when you found her?
18            A.    I don't remember.
19            Q.    She indicated to you that the
20       person who shot Nathaniel Cash was Derrick
21       Hamilton?
22            A.    Yes.
23            Q.    She used the name Derrick
24       Hamilton?
25            A.    Yes.
```

```
 1          DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2          Q.     She also referred to him as
 3     Bush?
 4          A.     Yes.
 5          Q.     Did you know the name?
 6          A.     I knew the name Bush.  But I
 7     could not connect that name Bush myself to
 8     Derrick Hamilton at that time.
 9               MR. SIGNORELLI:  To the extent
10          you don't have extras copies of the
11          exhibit you will provide those to us
12          after the deposition?
13               MR. BRETTSCHNEIDER:  Sure.
14          Q.     Do you recall being asked this
15     question at a Wade Hearing which took place
16     on July 1, 1992, page ten -- Do you recall
17     whether the only name she gave you at that
18     time was a nickname?
19          A.     No.
20          Q.     Do you recall the court asking
21     you this question page ten:
22               "QUESTION:  Did she know him by
23          any other name other than Bush?
24               "ANSWER:  I believe she did but
25          at that time it was just a nickname
```

1          DETECTIVE L. SCARCELLA - CONFIDENTIAL

2            that she knew."

3          A.    I don't remember that.

4          Q.    What are DD5s?

5          A.    Informational reports that

6    detectives have to maintain during the

7    course of an investigation.

8          Q.    You filled out a DD5 in this

9    case; am I correct?

10         A.    Yes.

11         Q.    You indicated that the witness

12   knew the name Derrick Hamilton?

13         A.    I don't know.

14         Q.    Were you present during the

15   interview done of Jewel Smith by Detective

16   DeLouisa?

17         A.    No.

18         Q.    Did you see DeLouisa that day?

19         A.    I believe at the precinct later

20   on.

21         Q.    When you say the precinct later

22   on, did you see Detective DeLouisa at 215

23   Monroe Street?

24         A.    No.

25         Q.    You said that there was an

```
 1          DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2          Q.     Were you present for it?
 3          A.     No.
 4          Q.     Do you remember when you saw
 5     it?
 6          A.     During the course of the prep
 7     for today.  It was in the material that was
 8     sent to me.
 9          Q.     You had a chance to review it
10     and read it?
11          A.     Yeah.
12          Q.     Had you ever seen it prior to
13     you receiving it for preparation for this
14     deposition?
15          A.     I don't remember.
16          Q.     Do you remember filling out any
17     reports with respect to what Jewel Smith
18     told you as to what occurred at 215 Monroe
19     Street with regard to the shooting?
20          A.     No.
21          Q.     You never filled out any
22     reports as to the details of what occurred:
23                 MS. WILSON:  Objection.
24          Q.     Is that accurate?
25          A.     In the apartment.
```

```
 1          DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2                   MR. SIGNORELLI:  Objection.
 3          Q.     Let me rephrase the question
 4   because maybe I am asking the question you
 5   are not understanding what I am asking you.
 6   You sat down with her in the apartment; am
 7   I correct?
 8          A.     Yes.
 9          Q.     This is shortly after the
10   shooting takes place, right?
11          A.     I was sitting down.  She was
12   standing up.
13          Q.     Did you fill out any type of
14   police report with respect to what she told
15   you?
16          A.     No.
17          Q.     Why?
18          A.     I didn't have to.
19          Q.     When you say you didn't have
20   to, what are the purposes of filling out
21   DD5s?
22                   MR. SIGNORELLI:  Objection.
23          A.     I wasn't going to fill out a
24   DD5.
25          Q.     Why?
```

```
 1        DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2          A.    At that time if I would have
 3   done anything I would have just jotted it
 4   down but I didn't.  I chose to take her
 5   into the precinct to talk to her.
 6          Q.    You had a spiral notebook for
 7   that day?
 8          A.    Yes.
 9          Q.    When you use a spiral notebook,
10   do you use a spiral notebook for each
11   individual case, you start a notebook for
12   each individual case?
13          A.    Yes.
14          Q.    Is there anywhere in the spiral
15   notebook that you provide details as to
16   what Jewel Smith told you took place during
17   the shooting?
18          A.    Yes.
19          Q.    What did you write down?
20          MR. SIGNORELLI:  As a witness
21          if you can answer without looking at
22          the document you can answer without
23          looking at the document.  If you
24          would like to look at the document in
25          question you have a right to ask for
```

```
 1          DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2          A.    No.
 3          Q.    Did she ever tell you that she
 4   had told Detective DeLouisa that she had
 5   gone to a grocery store and that she did
 6   not witness the shooting?
 7          A.    Never.
 8          Q.    What name did Jewel Smith give
 9   you when you first met her?
10               MR. SIGNORELLI:  Regarding
11            herself?
12               MR. BRETTSCHNEIDER:  Herself.
13          A.    Jewel Smith.
14          Q.    By the way, do you recall how
15   she was transported to the precinct?
16          A.    I took her.
17               MR. SIGNORELLI:  With or
18            without your partner?
19               THE WITNESS:  With my partner.
20          Q.    Do you recall being asked these
21   questions with regard -- you mentioned when
22   she was at the 79 precinct that she told
23   you the individual's name was -- at the
24   apartment and at the precinct the name was
25   Derrick Hamilton; am I correct?
```

```
 1          DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2          A.    Yes.
 3          Q.    Do recall being asked these
 4    questions and you giving these answers at
 5    the Wade Hearing, page 11.  This is a
 6    different set of questions.  See if this
 7    refreshes your memory, line 12:
 8               "QUESTION:  Did witness X tell
 9          you the defendant's name other than
10          Bush?
11               "THE COURT:  Did she give you
12          any other name other than the
13          nickname Bush:
14               "ANSWER:  She possibly did
15          mention the first name, the
16          defendant's first name prior to
17          viewing the book, book number one.
18               "QUESTION:  Do you recollect
19          what that name was?
20               "ANSWER:  I believe it was
21          Derrick.
22               "QUESTION:  Do you have any
23          notes or memorandum or you just
24          recollect it?
25               "ANSWER:  I have no notes.
```

```
 1              DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2                      "QUESTION:  So it's by memory
 3                 that you recollect it?
 4                      "ANSWER:  Yes.
 5                      "QUESTION:  And that is what he
 6                 believes, but in any event, do you
 7                 have an interdependent recollection
 8                 if this witness ever told you the
 9                 name Hamilton.
10                      "ANSWER:  I believe not."
11                 Do you recall being asked those
12                 questions and giving those answers?
13         A.     No, I don't.
14         Q.     Problem is this took place on
15    July 1, 1992 this hearing.  At that point
16    in time you were under oath; am I correct?
17         A.     Yes, sir.
18         Q.     Your memory was fresher as to
19    the events in July 1992 than they are
20    today?
21         A.     Yes.
22         Q.     Is it possible that she did not
23    give you the name Hamilton, Derrick
24    Hamilton?
25                 MR. SIGNORELLI:  Objection to
```

```
 1          DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2            the form.
 3          A.    Yes.
 4          Q.    Based on this testimony, does
 5     that refresh your recollection that she
 6     didn't give you the name Derrick Hamilton?
 7               MS. WILSON:  Objection.
 8          A.    No.
 9          Q.    I want to see if this refreshes
10     your memory as to what you saw.  This is
11     from the trial.  It's page 333.
12               MR. SIGNORELLI:  I am putting
13            that page in front of the witness so
14            you can ask your question.
15          Q.    There were some questions as to
16     what you observed and you said you didn't
17     remember observing the body.  Does this
18     refresh your memory with respect to what
19     you saw, what you observed when you first
20     got to 215 Monroe Street?
21          A.    I read this already.
22          Q.    It doesn't?
23          A.    No.
24          Q.    It didn't refresh your memory
25     that your answer, on line nine, "When I got
```

```
 1          DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2   Ms. Smith's condition -- that is on line
 3   three -- at that time?
 4               "ANSWER:  Yes.  She was crying.
 5          She was nervous.  She was upset.
 6          A.    It doesn't refresh my memory.
 7          Q.    You indicated that you saw
 8   Detective DeLouisa, which is at the 79
 9   precinct; am I correct?
10               MR. SIGNORELLI:  Objection.  I
11          think the testimony was a little
12          different than that.
13          Q.    You explain to me when was the
14   first time you saw Detective DeLouisa that
15   day?
16          A.    When we got back to the 79
17   precinct at a point in time.
18          Q.    Do you remember being asked
19   this question and giving this answer on
20   page 334, line 11:
21               "QUESTION:  Did there come a
22          time that you left?
23               "ANSWER:  Yes.
24               "QUESTION:  Where did you go?
25               "ANSWER:  79 precinct squad.
```

1          DETECTIVE L. SCARCELLA - CONFIDENTIAL

2                    "QUESTION:  Who did you go

3              with.

4                    "ANSWER:  My partner Detective

5              Chmil and DeLouisa."

6          A.    I don't remember that.

7          Q.    You indicated earlier that you

8     don't recall if Ms. Smith had a

9     conversation with Detective DeLouisa?

10         A.    I don't remember.

11         Q.    Would this refresh your memory

12    again page 334, line 23:

13                   "QUESTION:  Did Ms. Smith also

14             have a conversation with Detective

15             DeLouisa.

16                   "ANSWER:  Yes."

17         A.    What was the question?

18         Q.    Does that refresh your memory?

19         A.    No.

20         Q.    Is there anywhere in these

21    trial minutes that you indicate that Jewel

22    Smith identified Derrick Hamilton by name?

23                   MR. SIGNORELLI:  Objection.

24         Q.    In the apartment?

25                   MR. SIGNORELLI:  Objection.  To

```
 1        DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2           the extent of what minutes you are
 3           referring to.
 4                MR. BRETTSCHNEIDER:  The trial
 5           minutes.
 6                MR. SIGNORELLI:  I don't know
 7           if he's reviewed it.
 8                MR. BRETTSCHNEIDER:  I am going
 9           to withdraw that question.
10        Q.   Did there come a point in time
11   that in your spiral notebook you put down
12   the name Money Will Johnson?
13        A.   I think so.
14        Q.   Was he in the apartment with
15   Jewel Smith?
16        A.   When?
17        Q.   When you interviewed her?
18        A.   I don't believe anybody was.
19                MR. SIGNORELLI:  Are you only
20           referring to civilians or are you
21           including everyone?
22                THE WITNESS:  I don't believe
23           Money Will was there.
24        Q.   Did you have a conversation
25   alone with Jewel Smith?  I think you said
```

```
 1          DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2     you did.
 3          A.     With my partner.
 4          Q.     Detective Chmil?
 5          A.     Yes, sir.
 6          Q.     Do you remember anyone other
 7     than yourself, Detective Chmil and
 8     Ms. Smith being there in the apartment?
 9          A.     No.
10          Q.     Can I ask you the reference to
11     Money Will Johnson in your notebook, what
12     does that refer to?
13          A.     It's in the spiral?
14          Q.     Yes.
15          A.     I have a page in my spiral it
16     states there are redactions there.
17               MS. WILSON:  Can you read the
18          Bates number at the bottom.
19          A.     11276.  It says Money Will
20     Johnson with 6-20 which is probably his
21     date of birth but the year is blocked out.
22     That is all that is there.
23          Q.     Do you have any idea why it's
24     there?
25          A.     No.
```

                    DETECTIVE L. SCARCELLA - CONFIDENTIAL

1

2          A.    Yes, sir.

3          Q.    So you believe that Jewel Smith

4     was a credible witness, you believe that

5     Theresa Gomez was a credible witness and

6     did you believe that Allan Bloom was a

7     credible witness?

8          A.    Yes.

9               MR. SIGNORELLI:  Off the

10          record.

11               (Whereupon, an off-the-record

12          discussion was held.)

13          Q.    There came a time when you got

14     in contact with a sergeant who worked for

15     the Narcotics Unit by the name of Bill

16     White?

17               MS. WILSON:  Objection.

18               MR. SIGNORELLI:  Go ahead and

19          answer if you can.

20          A.    I received a call from Joe

21     Ponzi who had communications with Sergeant

22     White and did, in fact, hook me up with him

23     and he knew the whereabouts of Mr.

24     Hamilton.

25          Q.    Okay, and did you contact

1          DETECTIVE L. SCARCELLA - CONFIDENTIAL

2    anyone for authorization to go to

3    Connecticut?

4               MR. SIGNORELLI:   Objection to

5           "authorization".

6               Go ahead.

7          A.    I would have had to, yes.

8          Q.    Okay, so do you recall who you

9    told you were going to Connecticut?

10         A.    Well, it's protocol in the

11   Police Department you notify your zone

12   commander, your immediate supervisor, your

13   zone commander, and it's not a big deal.

14   You go.   It's not a big deal at all and, of

15   course, the Brooklyn District's Attorney

16   Office, which I believe I contacted Ann

17   Guttman because she had the case and I

18   went.

19         Q.    After Mr. Hamilton was arrested

20   in New Haven, did you have further contact

21   with Sergeant Bill White?

22         A.    Yes.

23         Q.    When?

24         A.    During the course of the

25   investigation.

```
 1        DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2        Q.    Could you elaborate?
 3        A.    Yeah, I believe he assisted me
 4   to try to speak to Mr. Douglas who was
 5   incarcerated.
 6             MR. EDELSTEIN:  Meaning Taseem
 7        Douglas?
 8             THE WITNESS:  Yes, yes.
 9             MR. EDELSTEIN:  Okay.
10        A.    And I don't remember if he went
11   with me, but I think he knew a lady.  I
12   don't know if she was a lawyer or what have
13   you, but he knew somebody at the facility
14   and he went there with me.  I believe he
15   went there with me and I just never was
16   able to speak to Taseem.
17        Q.    Well, why did you need Bill
18   White to go speak to Taseem Douglas?
19             MS. WILSON:  Objection.
20        A.    Well, why did I?  It was, more
21   or less, a courtesy, he knew about the
22   case, and as I said, Sergeant White, I
23   believe, knew one of the people there.
24        Q.    When you say "he knew one of
25   the people", which people?
```

```
 1          DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2          A.    At this -- at this facility we
 3     went to.
 4          Q.    When you went to go see Taseem
 5     Douglas, you knew that he had an open
 6     murder case in Connecticut, am I correct?
 7          A.    I don't remember that.  I don't
 8     remember the open murder case, but I knew
 9     he was in.  I knew he was in and I also
10     believed it was maybe a medical facility
11     also.
12          Q.    Well, did you know at that
13     point in time whether he had an attorney?
14          A.    I believe he did have an
15     attorney.
16          Q.    Did you call the attorney and
17     say, "I want to talk to him"?
18          A.    I believe I did speak to an
19     attorney and I was not able to speak to
20     him.
21          Q.    Well, what I'm asking you is
22     you went all the way up to New Haven, am I
23     correct?
24          A.    Mmhmmm, yes.
25          Q.    You contacted Bill White, am I
```

```
 1          DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2          Q.     Now was that the last contact
 3     that you had with Bill White?
 4          A.     Physically I believe it was,
 5     yes, yes.
 6          Q.     What about any other way?  Was
 7     that the last contact with Bill White?
 8          A.     I believe we did speak over the
 9     phone after I was retired from the Police
10     Department.
11          Q.     Okay, and what year was this?
12          A.     I don't know.  I can't be
13     specific, but it had to be either in the
14     1990s, early 2000s, in the early 2000s,
15     maybe 2001 or 2002.
16          Q.     What was the purpose?
17          A.     I at that time was working for
18     the Board of Education and he needed some
19     information about some schools in New York
20     City and I believe that was the last time I
21     spoke to him.
22          Q.     He called you?
23          A.     Yes.
24          Q.     He was looking for information
25     about?
```

```
 1        DETECTIVE L. SCARCELLA - CONFIDENTIAL
 2        A.    Schools.
 3        Q.    Schools?
 4        A.    Yes.
 5        Q.    As to who was going to the
 6   schools?
 7        A.    I don't remember.
 8        Q.    Did you later learn that
 9   Sergeant White was arrested and convicted
10   of Federal charges?
11        A.    I did, sir.
12        Q.    Okay, and when did you hear
13   that?
14        A.    I don't remember the year, but
15   I remember opening up The New York Times
16   and I saw a -- I saw a picture and I
17   believe and I don't know if he was in court
18   or what have you, but I did.  I did see
19   that in The New York Times.
20        Q.    So would you say he was
21   involved with you to some extent during the
22   Hamilton investigation from March of 1991
23   all the way until July of 1992?
24             MR. SIGNORELLI:  Objection.
25             MS. WILSON:  Objection.
```