# Exhibit A

Proceedings - 10/19/92

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS : CRIMINAL TERM : PART 1
------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK

        -against-

DERRICK HAMILTON,
                          Defendant(s)
------------------------------------------------X
Indictment No. 142/91
Motion                 October 20, 1992

B E F O R E :

    HONORABLE EDWARD G. RAPPAPORT, Justice
    (Appearances same as previously noted.)
       - - - - - - -

                      Brooklyn, New York.

    THE CLERK:  This is 142/91, Derrick Hamilton.

    MR. RILEY:  John Riley for the People. R-I-L-E-Y.

    THE COURT:  This is a 330/440?  What kind of motion is this?

    MR. SHEINBERG:  Defendant has made a motion pursuant to 330.30 prior to sentencing, to set aside the verdict.

    THE COURT:  That can only be based on things that happened at the trial.

                                Brooklyn, New York

                                October 20, 1992.

THE COURT: Inasmuch as this is a hearing and I'm able to handle this and inasmuch as Miss Gutmann is trying another case, we're going to call her out of turn to deal with this sharp issue in this case.

One of the sharp issues-- Does someone want to swear the witness?

THE WITNESS: Anne G-U-T-M-A-N-N. Assistant District Attorney, Kings County District Attorney's office.

DIRECT EXAMINATION
BY MR. RILEY:

Q How long have you been an Assistant District Attorney in the Kings County District Attorney's office?

A Six years.

Q And did there come a time in your employment at the District Attorney's office that you were assigned to try the case of the People of the New York versus Derrick Hamilton?

A Yes.

Q Do you recall on what dates that case was tried?

LASER STOCK FORM FMU   THE CORBY GROUP 1-800-255-5040

Gutmann - Direct

1   A   Jury selection began on July 6th. Continued on July 8th, we did opening statements and testimony was taken on July 9th. Was when the trial began.

   Q   Do you recall when the verdict was?

   A   July 17.

   THE COURT: Go ahead. July 17 you got the verdict.

   Q   Now, now, prior to the commencement of the trial did you turn over what's commonly referred to as Rosario material?

   A   Yes, I did.

   Q   Included in that Rosario material was a spiral memo book kept by Detective Frank Delouisa turned over?

   A   Yes, it was.

   Q   And that would have been turned over to Mr. Sheinberg?

   A   Yes, it was.

   Q   He was counsel for the defendant during that trial?

   A   Yes, he was.

   MR. RILEY: May I show the witness what has been previously as Defense Exhibit A.

   THE COURT: Yes.

   (Handing).

```
 1                    Gutmann - Direct
 2        Q    Miss Gutmann, do you recognize what's been
 3   previously received in evidence as Defense Exhibit A?
 4        A    Yes, I do.
 5        Q    What do you recognize it as?
 6        A    This is Detective Delouisa's memo book or
 7   spiral.
 8        Q    Is that the form that you turned over to
 9   Mr. Sheinberg?
10        A    Yes, it is.
11             THE COURT:  Other than the fact that it
12        has the yellow highlights?
13             THE WITNESS:  And the pink highlight on
14        the front.
15             THE COURT:  Other than that it's the form
16        that he's talking about.
17             THE WITNESS:  Yes.
18        Q    Now, at some time during the trial do you
19   recall having a conversation, or Mr. Sheinberg asking you
20   some questions with respect to certain pages in that
21   exhibit?
22        A    Yes.
23        Q    What pages did he ask you the question about?
24        A    There are approximately in the middle of this
25   packet on the bottom is written Defendant's A in evidence.
```

LASER STOCK FORM FMU

THE CORBY GROUP 1-800-255-5040

DEF596

1       Gutmann - Direct
2           THE COURT: With the yellow highlight
3       green highlight.
4           THE WITNESS: Yes.
5       Q   Just so we're clear talking for the record, how
6  does the page you're referring to begin?
7       A   Karen Smith.
8       Q   Now, what conversation did you have with
9  Mr. Sheinberg during the trial regarding the pages you
10 just talked about?
11      A   Mr. Sheinberg asked me to the effect of was
12 this Jewel Smith?
13          And I said I don't know.
14      Q   Do you remember when that happened,
15 specifically during the trial?
16      A   No, I don't.
17      Q   Did Mr. Sheinberg at any time or-- Withdrawn.
18          Was that the only conversation you had
19 with Mr. Sheinberg regarding those two pages?
20      A   Yes.
21      Q   Do you recall at any other time Mr. Sheinberg
22 asking you whether Karen Smith was Jewel Smith?
23      A   No. I only recall that one conversation.
24      Q   So there was no other conversation regarding
25 those two pages with Mr. Sheinberg to the best of your

Gutmann - Direct

recollection?

A    No.

THE COURT:  Excuse me.

(Pause).

Go ahead.

Q    When you responded to Mr. Sheinberg's question whether Karen Smith-- I'm sorry what exactly do you remember Mr. Sheinberg's question to be?

A    Whether the person to the, something to the effect of whether the person named, mentioned here is Karen Smith was Jewel Smith the witness in the case.

Q    And at that time did you know, again at the time Mr. Sheinberg asked you the question, did you know who Karen Smith was?

A    I did not know.

Q    So your answer then to Mr. Sheinberg was accurate; is that correct?

A    Yes.

THE COURT:  Do you recall at the trial-- you were at the trial. I guess we can look at the transcript if we have to, did anybody ever ask either you or Mr. Sheinberg, or the Court for that matter, although the Court was unaware of the memo book, ever ask Jewel Smith "Are you

1  Gutmann - Direct
2  also known as Karen Smith?"
3  Was that question ever asked to your
4  recollection?
5  THE WITNESS: No.
6  THE COURT: That seems to have been a
7  simplistic way of handling this; you have the
8  record in front of you, say "Were you ever
9  known as Karen Smith?"
10 Go ahead. Next question.
11 MR. RILEY: I have no further questions.
12 THE COURT: Cross?
13 MR. RILEY: I'm sorry. I have one other
14 question.
15 THE COURT: No cross yet.
16 Q    To the best of your knowledge was Detective
17 Delouisa retired during the trial of this case?
18 A    No.
19 Q    Do you know what precinct he was assigned to at
20 the time?
21 A    79th Precinct.
22 THE COURT: How come he wasn't called as
23 a witness at the trial?
24 THE WITNESS: He did not respond to the
25 scene; all he did--

Gutmann - Direct

THE COURT: Nothing you thought was material?

THE WITNESS: Correct.

MR. RILEY: Nothing further.

THE COURT: Cross?

CROSS-EXAMINATION
BY MR. KIRSCH:

Q   Miss Gutmann, regarding Detective Delouisa, was he available during the period of the trial?

A   Yes.

Q   He was working in the 79th Precinct?

A   I know that he was on, working on a case and I believe he might have been assigned to the office at that time, but he was available.

Q   He was not out of the state or out of the city?

A   No.

Q   Was he the arresting officer in this case?

A   I believe technically on the on-line booking I believe it was Detective Scarcella.

Q   Detective Delouisa was actually the person who took Derrick Hamilton into custody?

A   No Detective Scarcella was.

Q   Do you recall when you turned over this Rosario material to Mr. Sheinberg?

DEF600

```
1                    Gutmann - Cross
2              THE COURT:  Is that relevant?  I mean
3        what difference does it make when he got it?
4        He confronted her with it at the time.  She
5        admits that he says it.
6              He said she says no it, is not the same.
7        She said, I said I didn't know if it was the
8        same.
9              MR. KIRSCH:  I withdraw the question.
10       Q    Do you recall a conversation with Mr. Sheinberg
11  shortly, at the conclusion of Jewel Smith's testimony, as
12  to whether or not he asked you if this Karen Smith was
13  Jewel Smith?
14       A    I don't recall when-- I've spoken about the
15  conversation I recall on direct.  I don't know when that
16  conversation occurred.
17       Q    And you didn't tell him no, that wasn't the
18  same person?
19       A    No, I didn't.
20       Q    Now, this memo book entry, that was taken--
21  that was made at the time of the initial contact with the
22  witness?  Is that correct?  At the time of the incident?
23             THE COURT:  Well, I guess anybody who
24       looks at that can figure that out.  You didn't
25       make it, did you?
```

DEF601

Gutmann - Cross

THE WITNESS: I didn't make it.

THE COURT: What's the date on it? Is there a date.

THE WITNESS: January 4th, 1991.

THE WITNESS: Which was the date of the murder?

THE COURT: So then probably it was taken on the day of the murder.

Q   Do you know now if Karen Smith is the same person as Jewel Smith?

A   I know about what this memo book entry refers to, yes.

THE COURT: The memo book says it's the same.

THE WITNESS: No.

I called Detective Delouisa after I received the papers in this case.

THE COURT: And?

THE WITNESS: And I asked him.

THE COURT: What did he say.

THE WITNESS: He said this was Jewel Smith.

THE COURT: So, in other words, anybody had called the detective could have found that

DEF602

                    Gutmann - Cross

        out and maybe someone asked Jewel Smith the
        witness they could have found that out. Sounds
        like there were two sources to find that out.
        The third source Miss Gutmann wasn't a good
        source, I guess.
    Q    Did you ever tell Mr. Sheinberg that Detective
Delouisa was not available?
    A    No.
                THE COURT: Anything else.
                MR. KIRSCH: I have nothing further.
                THE COURT: Redirect.
                MR. RILEY: I have to clear up one
        thing.
REDIRECT EXAMINATION
BY MR. RILEY:
    Q    You said to the best Detective Scarcella was
technically the arresting officer; is that correct?
    A    Yes.
    Q    Would you take a look at that document which is
the on-line booking and see if that refreshes your
recollection as to who was the actual arresting officer?
    A    Was Detective Delouisa.
                MR. RILEY: Nothing further.
                THE COURT: Do you have any recross on

DEF603