

Joseph Corozzo <jcorozzo@rubcorlaw.com>

## FW: Draft MOL and 56.1
1 message

**Scott** <scottfreelaw@aol.com>  
To: "jcorozzo@rubcorlaw.com" <jcorozzo@rubcorlaw.com>

Mon, Nov 25, 2019 at 2:55 PM

Sent from Mail for Windows 10

**From:** Gabriel Harvis  
**Sent:** Sunday, June 3, 2018 10:18 PM  
**To:** Scottfreelaw@aol  
**Subject:** Draft MOL and 56.1

Hi Scott,

Current draft of the papers attached. We welcome all comments. I think we will probably make it to trial lol.

-Gabe

**Gabriel P. Harvis, Esq.**

305 Broadway 14th Floor | New York, NY 10007  
Tel 212.323.6880 | Fax 212.323.6881



www.civilrights.nyc

@civilrights_nyc

Click here to send me files securely.

This e-mail and any attachments are privileged and confidential.

**2 attachments**


**Plaintiff's Counter 56.1 - Hamilton draft.docx**
214K


**Plaintiff's OPP MOL - Hamilton draft.docx**
130K