June 27, 2019

**CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**
New York City Comptrollers Office
1 Centre Street
Suite 530
New York, NY 10007

                                  Re:  Hamilton v. City of New York et al
                                        Index No. 15 CV 4574 (CBA)( SJB)

Dear Sirs:

Please be advised, the law offices of Scott Brettschneider possesses an attorney's charging lien on the above-referenced claim.

As such, please include my name on any settlement check and please inform the undersigned when and if a settlement is reached.

Thank you for your attention to this matter.

                                        Very truly yours,

                                        Scott Brettschneider

Scanned by CamScanner