LAW OFFICES OF
# MICHAEL S. ROSS
ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
FORTY-SEVENTH FLOOR
NEW YORK, NY 10165

TELEPHONE
(212) 505-4060
FACSIMILE
(212) 505-4054
E-MAIL
michaelross@rosslaw.org

March 25, 2020

**By ECF**

Honorable Sanket J. Bulsara
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Hamilton v. City of New York, et al., 15-CV-4574 (CBA) (SJB).

Dear Magistrate Judge Bulsara:

  We are professional responsibility counsel to Elefterakis, Elefterakis & Panek, counsel to plaintiff Derrick Hamilton in the above-captioned case, and are writing in response to the March 24, 2020 letter of Joseph R. Corozzo, Esq., counsel to Scott Brettschneider. (ECF Doc. No. 193) *First*, we do not object to Mr. Corozzo's request for an adjournment based upon issues related to the ongoing health crisis.

  *Second*, however, we vigorously object to the balance of the letter and move that it be stricken. As Your Honor will recall, by Order dated January 17, 2020, this Court allowed the parties to submit five-page letter briefs and three-page replies by no later than February 21, 2020, with respect to each party's positions concerning Mr. Brettschneider's fee application. We followed the Court's limitation and filed with the Court a five-page letter on February 7th (ECF Doc. No. 187) and a three-page letter on February 21st (ECF Doc. No. 187). Mr. Corozzo, who took advantage of the opportunity to submit a three-page reply (ECF Doc. No. 191), has now unilaterally decided – without an application to the Court and without permission by the Court – to submit eight (8) single-spaced pages of additional briefing related to the issue of Mr. Brettschneider's supposed entitlement to a legal fee in this case. The supplemental submission, which goes well beyond a request for an extension of time to which we do not object, is improper. Accordingly, we ask this Court to strike the portions of Mr. Corozzo's March 24th letter beginning with the first full paragraph on page 2 (beginning with the words "On January 17, 2020…") and up to, but not including, the conclusion on page 8.

          Respectfully submitted,

          /s/Michael S. Ross
          Michael S. Ross
          Eugene Gormakh