

Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
16th Floor
New York, New York 10174
United States
Telephone: +1 212 710 3900
Direct: +1 212.710.3914
Facsimile: +1 212 710 3950
www.clydeco.com
rick.supple@clydeco.us

July 21, 2020

**VIA ECF**

Hon. Sanket J. Bulsara
United States Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Hamilton v. City of New York, et al.*
              **No. 15 cv 4574 (CBA)(SJB)**

Dear Judge Bulsara,

This firm represents Novo Law Firm, P.C. ("Novo") with respect to the fee dispute between incoming and outgoing counsel for the plaintiff. I write pursuant to your Order, dated July 17, 2020, which requires the parties to this dispute to obtain leave of the Court before making further filings. Novo respectfully requests leave to submit additional argument with respect to plaintiff Derrick Hamilton's recently submitted affidavit regarding the fee dispute (Docket No. 196-1). The affidavit contradicts representations by Elefterakis, Elefterakis & Panek ("EEP") that Mr. Hamilton affirmatively discharged Novo's co-counsel, Mr. Brettschneider, "for cause" (Docket No. 187). EEP made the same allegation as to Novo in a reply submission (Docket No. 190) after indicating in its main motion papers that Novo and all other counsel were entitled to *quantum meruit* compensation (Docket No. 177).

Without attacking anyone, Novo has made only one submission articulating its work on behalf of Mr. Hamilton. EEP's allegation that Mr. Hamilton discharged Novo "for cause" came only afterwards. Without further submissions or a hearing on the important threshold question of whether or not Novo (or other counsel) was discharged "for cause," we believe the record will be incomplete.

Respectfully submitted,

*s/ J. Richard Supple, Jr.*
   J. Richard Supple, Jr.

7068388

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, Chicago, Los Angeles, Miami, New Jersey, New York, Orange County, San Francisco and Washington D.C.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.